GUISEPPE PEROZZI, Appellant, Respondent, v. UNITED STATES GYPSUM COMPANY, Respondent, Appellant.— Order entered January 20, 1941, affirmed, with ten dollars costs and disbursements. Appeal from order entered September 11, 1940, dismissed, without costs, as academic. All concur. (The first above-mentioned order dismisses the complaint on motion of defendant in a silicosis

action. The second above-mentioned order denies defendant's motion to dismiss the complaint and for summary judgment.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.